JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SANCHEZ, on behalf of himself and all others similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>SHIMMICK CONSTRUCTION COMPANY, INC., a California corporation, SHIMMICK/FCC/IMPREGLIO JOINT VENTURE, a business entity form unknown and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:19-CV-02632-RGK-PLAx**<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO REMAND REMOVED ACTION** |

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED as follows:

On May 2, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court has reviewed that stipulation and found good cause. IT IS ORDERED as follows:

1. The Parties' stipulation is approved.

/ / /

/ / /

2. Central District of California Case Number 2:19-cv-02632-RGK-PLAx, titled *William Sanchez v. Shimmick Construction Company, Inc., et al.*, is hereby remanded to Los Angeles Superior Court.

Dated: May 6, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

4848-8547-0870, v. 1